AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| Mario Rodolfo Mejia Cubillas et al. | ) |
| *Defendant* | ) |

Case No.   1:23-cr-142

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

the United States                                                                                         .

Date:     03/04/2025

/s/ Philip Alito

*Attorney's signature*

Philip Alito

*Printed name and bar number*

U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314

*Address*

philip.alito@usdoj.gov

*E-mail address*

(703) 299-3800

*Telephone number*

*FAX number*