IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 1:23-cr-00142 |
| ) | |
| v. ) | The Hon. District Judge |
| ) | Leonie M. Brinkema |
| MEJIA CUBILLAS, MARIO RODOLFO, ) | |
| ) | Sentencing: 4/1/25 @ 9 AM |
| *Defendant.* ) | |

### SUPPLEMENT TO DEFENDANT'S SENTENCING MEMORANDUM

COMES NOW, counsel for MARIO RODOLFO MEJIA CUBILLAS, and files the attached supplement to the previously submitted Sentencing Memorandum on behalf of the Defendant. Specifically, counsel files the following additional documents with this Court:

1. Certificate of Completion: Demonstrated Growth in English language skills and commitment to learning: Levels 1-3.
2. Certificate of Completion: Anger Management Class
3. Certificate of Completion: Course for Marijuana

Due to the language barrier and the nature of the Defendant's charges, he has had difficulty participating in classes at the jail. However, these certificates provide evidence that he has been working hard to take advantage of his time incarcerated, and that is relevant for this Court to consider when sentencing him.

Respectfully Submitted,
MARIO RODOLFO MEJIA CUBILLAS
By Counsel

PATRICK N. ANDERSON & ASSOCIATES, P.C.

_____/s/_____
Jessica A. Richardson, Esquire (VA Bar #90158)
*Counsel for Defendant.*
Patrick Anderson & Associates
333 N. Fairfax Street, Suite 310
Alexandria, VA 22314
Phone: (703) 519 7100
Fax: (703) 519-7104
Email: jrichardson@pnalaw.com


_____/s/_____
Willie A. Mejia, Esquire (VA Bar #93669)
*Counsel for Defendant.*
Patrick Anderson & Associates
333 N. Fairfax Street, Suite 310
Alexandria, VA 22314
Phone: (703) 519-7100
Fax: (703) 519-7104
Email: wmejia@pnalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2025, I electronically filed this Sentencing Memorandum with the Clerk of the Court for the US District Court for the Eastern District of Virginia, through the CM/ECF system, which will send a notification of such filing to the United States Attorney's Office:

    Anthony Aminoff
    DOJ USAO
    United States Attorney's Office
    Eastern District of Virginia
    2100 Jamieson Avenue
    Alexandria, VA 22314
    703-299-3700
    Email: anthony.aminoff@ussdoj.gov

    Kristin S. Starr
    DOJ-USAO
    United States Attorney's Office
    Eastern District of Virginia
    2100 Jamieson Avenue
    Alexandria, VA 22314
    703-299-3700
    Email: Kristin.Starr@usdoj.gov

    Philip Alito
    DOJ-USAO
    United States Attorney's Office
    Eastern District of Virginia
    2100 Jamieson Avenue
    Alexandria, VA 22314
    703-299-3700
    Email: philip.alito@usdoj.gov

PATRICK N. ANDERSON & ASSOCIATES, P.C.

_____/s/_____
Jessica A. Richardson, Esquire (VA Bar #90158)
*Counsel for Defendant.*
Patrick Anderson & Associates
333 N. Fairfax Street, Suite 310
Alexandria, VA 22314
Phone: (703) 519-7100
Fax: (703) 519-7104
Email: jrichardson@pnalaw.com

_____/s/_____
Willie A. Mejia, Esquire (VA Bar #93669)
*Counsel for Defendant.*
Patrick Anderson & Associates
333 N. Fairfax Street, Suite 310
Alexandria, VA 22314
Phone: (703) 519-7100
Fax: (703) 519-7104
Email: wmejia@pnalaw.com

# CERTIFICATE
## OF COMPLETION

This certificate is presented to

*Mario Mejia Cubillas*

In recognition of demonstrated growth in English language skills and commitment to learning. Levels 1-3

**D. Saget**
ESL Instructor

**G. Wright**
Programs Manager

# Certificate of Completion

This certifies that the person named below has completed a

**4 Hour Anger Management Class**

## COURSE FOR ANGER

### ANGER MANAGEMENT CLASS

Mario Mejia Cubillas

2001 Mill Road, 2001 Mill Road, Alexandria,, VA 22312

Date of Birth: 04/17/1971

Date of Course Completion: 02/28/2025

Certificate Number: 1393374

Mr. Robert A. Williams, Course Instructor
Certified Anger Management Specialist (CAMS-1)
Certified Domestic Violence Specialist (CDVS-1)
(888) 338-8855 | certificate@courseforanger.com

Verify the authenticity of this certificate by visiting: NALearning.org/Verify



# Certificate of Completion

This certifies that the person named below has completed a

4 Hour Marijuana Education Class

## COURSE FOR MARIJUANA
### MARIJUANA EDUCATION CLASS

Mario Mejia Cubillas

2001 Mill Road, 2001 Mill Road, Alexandria,, VA 22312

Date of Birth: 04/17/1971

Date of Course Completion: 03/06/2025

Certificate Number: 1398684

Verify the authenticity of this certificate by visiting: NALearning.org/Verify

Mr. Robert A. Williams, Course Instructor
(888) 338-3855 | certificate@courseformarijuana.com

