## SENTENCING MINUTES

Date: 4/1/2025                                                     Judge:          **LEONIE M. BRINKEMA**
Time: 9:00-9:20 (00:20)                                           Reporter:       D. Salters
                                                                  Courtroom Deputy K. Galluzzo
                                                                  Case Number:    1:23cr00142-001


UNITED STATES OF AMERICA                           Counsel/Govt:  Philip Alito

v.

**MARIO RODOLFO MEJIA**                    Counsel/Deft:  Jessica Richardson. Willie Mejia
**CUBILLAS**
                                                   Spanish Interpreter:  Teresa Roman


Court adopts PSI (X)              without exceptions (X)              with exceptions:

**SENTENCING GUIDELINES:**
Offense Level:  41
Criminal History:  I
Imprisonment Range:  324 to 405 months
Supervised Release Range:  2 to 5 years
Fine Range: $50,000 to $10,000,000
Special Assessment $100

**JUDGMENT OF THE COURT:**
- BOP for 160 months with credit for time served starting on 5/6/2024.
- Supervised Release for 5 Years, with special conditions: (X) Yes, see below.
- No punitive fines/costs of incarceration/costs of supervision imposed.
- Special Assessment $100
- Deft allocutes.
- Defendant advised he may have the right to appeal.

**SPECIAL CONDITIONS**:
1. As a condition of supervised release, upon completion of the defendant's term of imprisonment, the defendant is to be surrendered to a duly authorized immigration official of the Department of Homeland Security United States Immigration and Customs Enforcement for a deportation review in accordance with established procedures provided by the Immigration and Nationality Act, 8 U.S.C. 1101 et seq. As a further condition of supervised release, if removed or ordered deported, the defendant shall remain outside the United States.

In the unlikely event the defendant is not removed from the United States after service of his sentence, the following additional special conditions is imposed:

2. The defendant shall provide the Probation Office access to any requested financial information.
3. Although mandatory drug testing is waived pursuant to 18 U.S.C. §3563(a)(4), defendant must remain drug free, and his probation officer may require random drug testing at any time and if positive must comply with any testing and/or treatment as directed by the Probation Office

---

**RECOMMENDATIONS to BOP**:
X          Dft. To be designated to:  FCI Tallahassee

Deft: ( X ) Remanded    (   ) Cont'd on Bond to Self-Surrender    (   ) Referred to USPO    (   ) Immediate Deportation