IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARIO RODOLFO MEJIA CUBILLAS,<br>  a/k/a "Yofo"<br><br>*Defendant*. | Case No. 1:23-CR-142<br><br>**UNDER SEAL** |

**MOTION FOR LIMITED UNSEALING OF INDICTMENT**

The United States, by and through undersigned counsel, hereby moves this Honorable Court for an Order unsealing a redacted copy of the Criminal Indictment as to only defendant Mario Rodolfo Mejia Cubillas in the above-captioned case number.

On September 7, 2023, the Honorable Ivan D. Davis, United States Magistrate Judge for the Eastern District of Virginia ("EDVA"), ordered that the Criminal Indictment and corresponding arrest warrants be sealed until the defendants in this case were brought to the Eastern District of Virginia. On May 6, 2024, Honduran law enforcement detained defendant Mario Roldolfo Mejia Cubillas ("Mejia Cubillas") in Honduras pursuant to an extradition package and arrest warrant issued by this Court. Defendant Mejia Cubillas has now retained counsel in EDVA, Jessica Richardson, Esq., and Ms. Richardson has requested a copy of the charging document in advance of Mejia Cubillas' arrival in EDVA.

The United States makes this motion because the unredacted Criminal Indictment and accompanying arrest warrants are currently under seal as they contain the names of and detailed allegations regarding two co-defendants who have yet to appear in EDVA. The redacted Indictment that the government contemplates providing to Mejia Cubillas' defense counsel is attached hereto as an exhibit. It is a copy of the signed Indictment and has not been altered in any

way other than the aforementioned redactions.

"The trial court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interest." *In re Knight Pub. Co.*, 743 231, 235 (4th Cir. 1984). Premature disclosure of the identities of the un-extradited co-defendants may lead to difficulties with extradition and would run afoul of the current sealing order in the case, which does not contemplate unsealing until all defendants appear in EDVA. Full disclosure of the Criminal Indictment to unrepresented co-defnedants at this stage would provide those co-defendants with a premature look at the criminal investigation.

WHEREFORE, the United States respectfully requests that the attached redacted copy of the Criminal Indictment be unsealed as to defendant Mario Roldofo Mejia Cubillas.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:  _____/s/_____
Kristin S. Starr
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:23-CR-142 |
| MARIO RODOLFO MEJIA CUBILLAS, a/k/a "Yofo" | **UNDER SEAL** |
| *Defendant*. | |

# ORDER

This matter having come before the Court on the government's Motion for Limited Unsealing of Indictment and the Court having found that revealing the material sought to be sealed would jeopardize a criminal investigation; having considered the available alternatives that are less drastic than sealing, and finding none would suffice to protect the government's legitimate interest in concluding the investigation; and finding that this legitimate government interest outweighs at this time any interest in the disclosure of the material, it is hereby

ORDERED that a redacted copy of the Criminal Indictment is hereby unsealed as to Defendant Mario Rodolfo Mejia Cubillas. The full unredacted Criminal Indictment shall be unsealed as to each defendant upon that defendant's arrival in the Eastern District of Virginia.

_____

Date: _____
        Alexandria, Virginia